**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| **v.** | : | **NO. 2:17-cr-00072** |
| **JUAN JARMON** | : | |

**DEFENDANT'S MOTION TO PRECLUDE THE GOVERNMENT FROM INTRODUCING EVIDENCE AGAINST HIM OTHER THAN THAT PREVIOUSLY DISCLOSED IN DISCOVERY PROVIDED TO DEFENSE COUNSEL**

AND NOW, comes defendant, Juan Jarmon, by and through his attorney, Maureen Coggins, and moves this Honorable Court as follows:

1. On January 3, 2017, an indictment was filed against defendant and twelve (12) other codefendants, charging 21 USCA 846 Conspiracy to Distribute and related charges.

2. The Government has mailed discovery over the last several months in an effort to comply with their discovery obligations as mandated by the rules, and defendant has no reason to doubt the government will continue to do so.

3. If there is additional discovery that is provided to defendant after the date of pre-trial motions, defendant requests the opportunity to supplement his pre-trial motions.

4. If there is evidence produced at trial that was not provided to defendant in pre-trial discovery, defendant will be prejudiced by the Government's actions inasmuch as he has not been able to adequately prepare for trial and has not had all discovery to timely and properly file motions.

**WHEREFORE**, defendant respectfully requests this Honorable Court enter an Order prohibiting the government from introducing any evidence at trial other than that previously disclosed through the discovery process.

Respectfully Submitted,

**/s/ Maureen Coggins**
**MAUREEN COGGINS**
**Attorney for Defendant**
ID 67126
509 Swede Street
Norristown, PA 19404
(610) 400-3017

October 5, 2017

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| **v.** | : | **NO. 2:17-cr-00072** |
| **JUAN JARMON** | : | |

## MEMORANDUM OF LAW

## I. INTRODUCTION

On or about January 3, 2017, defendant Juan Jarmon, was charged with conspiracy to distribute in violation of 21 U.S.C 846 and related charges. Over the course of approximately 4 months, defense counsel was provided with discovery in the case.

## II. DISCUSSION

Federal Rule 16(d) governing discovery and inspection provides as follows:

"(2) Failure to Comply. If a party fails to comply with this Rule, the Court may:

(C) Prohibit that party from introducing the undisclosed evidence; or

(D) Enter any other Order that is just under the circumstances."

Therefore, the plain terms of Rule 16(d)(2)(D) permit the Court to enter any order that is just if evidence not previously disclosed is sought to be introduced at trial. Evidence that has not been previously disclosed hampers defendant's ability to adequately review and prepare for trial and to adequately file, review and research issues related to the filing of pre-trial motions.

## III. CONCLUSION

For the reasons set forth herein, defendant respectfully requests this Honorable Court grant his Motion to Preclude.

Respectfully Submitted,

**/s/ Maureen Coggins**
**MAUREEN COGGINS**
**Attorney for Defendant**

October 5, 2017

ID 67126
509 Swede Street
Norristown, PA 19404
(610) 400-3017

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of DEFENDANT JUAN JARMON'S MOTION PRECLUDE was served this 5th day of October, 2017, via ECF, upon the following:

The Honorable Paul S. Diamond
United States Courthouse, Room 14614
601 Market Street
Philadelphia, PA 19106

Katayoun M. Copeland
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

Jerome M. Maiatico, Esquire
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

/s/ Maureen Coggins

MAUREEN COGGINS, ESQUIRE
Attorney for Defendant