**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| v. | : | **NO. 2:17-cr-00072** |
| **JUAN JARMON** | : | |

**DEFENDANT JUAN JARMON'S MOTION TO JOIN IN PRE-TRIAL MOTIONS FILED BY CO-DEFENDANTS**

Defendant Juan Jarmon, by his attorney, Maureen Coggins, moves to join in pre-trial motions filed by co-defendants, and states the following:

1. On January 3, 2017, an indictment was filed against defendant and twelve (12) other codefendants, charging 21 USCA 846 Conspiracy to Distribute and related charges.

2. In an Order dated September 8, 2017, defendant may file pre-trial motions by October 5, 2017.

3. Defendant requests to join his co-defendants' pre-trial motions as issues of the co-defendants also apply to him.

4. Defendant wishes to join in pre-trial motions already filed by co-defendant Stinson and Staggers, specifically:

- Defendant's Motion to Identify Co-Conspirator's Statement;
- Defendant's Combined Motion and Memorandum of Law for Discovery Pursuant to Rule of Criminal Procedure (16)(a)(1)(G);
- Defendant's Motion in Liminae to Exclude Other Crimes Evidence;

5. To the extent that other of defendant's co-defendants will file pre-trial motions in the future that are applicable to defendant, he requests leave to join in such motions and supplement where necessary.

WHEREFORE, defendant respectfully requests leave to join the pre-trial motions specified above as well as any pre-trial motions filed in the future that are applicable to defendants case.

Respectfully Submitted,

**/s/ Maureen Coggins**
**MAUREEN COGGINS**
**Attorney for Defendant**

October 5, 2017

ID 67126
509 Swede Street
Norristown, PA 19404
(610) 400-3017

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of DEFENDANT JUAN JARMON'S MOTION TO JOIN IN PRE-TRIAL MOTIONS FILED BY CO-DEFENDANTS was served this 5th day of October, 2017, via ECF, upon the following:

The Honorable Paul S. Diamond
United States Courthouse, Room 14614
601 Market Street
Philadelphia, PA 19106

Katayoun M. Copeland
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

Jerome M. Maiatico, Esquire
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

/s/ Maureen Coggins

MAUREEN COGGINS, ESQUIRE
Attorney for Defendant