UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 2:17-cr-00072 |
| JUAN JARMON | : | |

**DEFENDANT'S MOTION IN LIMINAE TO EXCLUDE OTHER CRIMES EVIDENCE**

Defendant, Juan Jarmon, by and through his attorney, Maureen Coggins, Esquire, files this Motion in Liminae to Exclude Other Crimes Evidence and avers the following:

1. On January 3, 2017, an indictment was filed against defendant and twelve (12) other codefendants, charging 21 USCA 846 Conspiracy to Distribute and related charges.

2. The Government may try to introduce evidence of defendant's prior criminal history or evidence of other unindicted bad acts;

3. The Government is not permitted to introduce other crimes evidence if the impact of this evidence establishes that defendant had the propensity for violence or to deal drugs, and therefore, must be guilty of the charges set forth in the indictment.

4. Defendant avers that tis evidence is inadmissible under Federal Rules of Evidence Rule 404(b) and Rule 403. The government should not be permitted to introduce evidence of uncharged crimes in an effort to bolster their case.

WHEREFORE, defendant respectfully requests that this Court grant the Motion in Liminae to Exclude all evidence of other charged and uncharged crimes.

Respectfully Submitted,

**/s/ Maureen Coggins**
**MAUREEN COGGINS**
**Attorney for Defendant**

October 5, 2017

ID 67126
509 Swede Street
Norristown, PA 19404
(610) 400-3017

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of DEFENDANT JUAN JARMON'S MOTION TO JOIN IN PRE-TRIAL MOTIONS FILED BY CO-DEFENDANTS was served this 5th day of October, 2017, via ECF, upon the following:

The Honorable Paul S. Diamond
United States Courthouse, Room 14614
601 Market Street
Philadelphia, PA 19106

Katayoun M. Copeland
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

Jerome M. Maiatico, Esquire
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

/s/ Maureen Coggins

MAUREEN COGGINS, ESQUIRE
Attorney for Defendant