MAUREEN COGGINS, ESQUIRE
Attorney I.D. No. 67126
509 Swede Street
Norristown, PA 19404
(610) 400-3017 Attorney for Juan Jarmon

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL ACTION** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **JUAN JARMON** | **:** | **NO. 17-72** |

**JUAN JARMON'S NUNC PRO TUNC MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS REQUIRED BY THE COURT'S SCHEDULING ORDER OF AUGUST 13, 2018**

Defendant, Juan Jarmon, files this Nunc Pro Tunc Motion for Extension of Time to File Documents and moves, nunc pro tunc, for an appropriate extension of time in which to file trial documents required by the Court's Scheduling Order of August 13, 2018. In support of this motion, the defendant avers as follows:

1. The Court's Scheduling Order of August 13, 2018 required that the parties file all pretrial motions, including motions in limine and motions to suppress, on or before January 4, 2019. Oppositions were to be filed before January 11, 2019. Defendant filed and/or joined in several pretrial motions prior to the January 4 date. Defense counsel and attorneys for the government have been involved in continuous on-going discussions regarding various aspects of this case since January 4, 2019. Defense counsel regretfully acknowledges its inadvertent non-compliance with the Court's Order. This motion respectfully requests that the time for the filing of the trial documents required by the Court's Order be extended, nunc pro tunc, to February 25, 2019.

2. The Court's Scheduling Order of August 13, 2018 further required the defendant state agreement or disagreement with each of the government's proposed stipulated facts and may

counter-propose stipulated facts on or before February 7, 2019. Defense counsel and attorneys for the government have been involved in continuous on-going discussions regarding various aspects of this case since January 4, 2019. Defense counsel regretfully acknowledges its inadvertent non-compliance with the Court's Order. This motion respectfully requests that the time for the filing of the trial documents required by the Court's Order be extended, nunc pro tunc, to February 25, 2019.

3. The Court's Scheduling Order of August 13, 2018 further required the parties, after meeting and conferring, to jointly submit proposed jury voir dire questions, jury interrogatories, verdict sheets and proposed jury instructions on or before February 14, 2018. The Government and counsel for the defense have been continuously communications regarding the case but have not scheduled a meeting at which the parties could confer on the joint submission of proposed jury voir dire questions, jury interrogatories, verdict sheets and proposed jury instructions. Defense counsel believes that the parties will be able, in short order, to address these issues. Defense counsel regretfully acknowledges its inadvertent non-compliance with the Court's Order. This motion respectfully requests that the time for the filing of the trial documents required by the Court's Order be extended, nunc pro tunc, to February 25, 2019.

4. The Court's Scheduling Order of August 13, 2018 further required the Government to file a trial memorandum with the Court, with service on the defendants, on or before February 14, 2019. The Government filed its trial memorandum on July 18, 2018. For purposes of this motion, defendant assumes there will be no amended filing.

5. Defense counsel regretfully acknowledges its inadvertent non-compliance with the Court's Scheduling Order, and asks the Court in its discretion, to excuse defense counsel's noncompliance with the Order as de minimus, and allow for defendant to comply with the Order in a timely fashion but sufficiently in advance of the trial date to permit the Court to have meaningful use of these documents in preparing for the upcoming trial.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that the Court in its discretion excuse the inadvertent, delayed filing of defendant's trial documents and, nunc pro tunc, extend the time for filing of these documents to February 25, 2019.

Respectfully submitted,

/s/ Maureen Coggins, Esquire
MAUREEN COGGINS, ESQUIRE
Attorney for Defendant, Juan Jarmon

Dated: February 20, 2019

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JUAN JARMON** | : | **NO. 17-72** |

**ORDER**

AND NOW, this day of February, 2019, upon consideration of Defendant's Nunc Pro Tunc Motion for Extension of Time to File Trial Documents Required by the Court's Scheduling Order of August 13, 2018, it is hereby ORDERED that the motion is GRANTED.

BY THE COURT:

______________________________
HONORABLE PAUL S. DIAMOND
United States District Court Judge